FILED

2010 FEB 24 P 2: 43

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF            CV 10 80 0 52 MISC

Jill A. Scholten - #164629
_____/

### ORDER TO SHOW CAUSE

It appearing that Jill A. Scholten has been interim suspended by the State Bar Court following a criminal conviction and is required to comply with Rule 9.20 of the California Rules of Court effective December 27, 2009,

**IT IS ORDERED**

That respondent show cause in writing on or before April 2, 2010 as to why she should not be suspended from the practice of law before this court.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Jill A. Scholten
Attorney At Law

519 H St
Crescent City, CA 95531