**FILED**

MAY 17 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF: | No CV 10 80052 MISC VRW |
| Jill A Scholten, | |
| State Bar No 164629 | ORDER |

On February 24, 2010, the court issued an order to show cause (OSC) why Jill A Scholten should not be removed from the roll of attorneys authorized to practice law before this court, based upon her suspension by the State Bar of California following a criminal conviction, effective December 27, 2009.

The OSC was mailed to Ms Scholten's address of record with the State Bar on March 2, 2010, and returned by the post office as undeliverable. A written response was due on or before April 2, 2010. No response to the OSC has been filed as of this date.

The court now orders Jill A Scholten removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In The Matter of

Jill A Scholten,

_____/

Case Number: C 10-80052 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 17, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jill A Scholten
519 H Street
Crescent City, CA 95531

Dated: May 17, 2010

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*